UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY KILLINGSWORTH, a single person,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN R. BLAIR and JANE DOE BLAIR, husband and wife; and C.R. ENGLAND, INC., a foreign corporation,<br><br>　　　　　Defendants. | NO. CV-11-3075-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL** |

　　By stipulation filed April 16, 2012, the parties agree that the above-titled cause of action can be dismissed with prejudice and without costs or attorneys' fees to either party.

　　Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

　　1.　The parties' Stipulation of the Parties for an Order of Dismissal with Prejudice, **ECF No. 13**, is **GRANTED**. The above-titled cause of action is **DISMISSED WITH PREJUDICE** and without fees or costs to either party.

//

/

ORDER * 1

2.   This file shall be **CLOSED**.

3.   All pending hearings and deadlines are **STRICKEN**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this ___18th___ day of April 2012.


                              s/Edward F. Shea
                            EDWARD F. SHEA
                     United States District Judge

Q:\Civil\2011\3075.stip.dismiss.lc2.wpd

ORDER * 2